**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | |
|---|---|
| BEVERLY STAYART, )<br><br>    Plaintiff, )<br><br>v. )<br><br>YAHOO! INC., a Delaware corporation; )<br><br>OVERTURE SERVICES, INC., d/b/a<br>ALTA VISTA, a Delaware corporation; and )<br><br>VARIOUS, INC., d/b/a FRIENDFINDER.COM,<br>a California Corporation, )<br><br>    Defendants. ) | Case No. 09-C-0116 |

---

## NOTICE OF APPEARANCE

---

       PLEASE TAKE NOTICE that Christian S. Genetski of Sonnenschein Nath & Rosenthal LLP hereby enters his appearance in the above-captioned action on behalf of Defendants Yahoo! Inc. and Overture Services, Inc.

Dated: April 6, 2009

                                   Respectfully submitted,

                                   ____/s/ Christian S. Genetski____
                                   Christian S. Genetski
                                   Sonnenschein Nath & Rosenthal LLP
                                   1301 K Street NW, Suite 600 East Tower
                                   Washington, DC 20005
                                   Telephone: (202) 408-6400
                                   Facsimile: (202) 408-6399
                                   cgenetski@sonnenschein.com
                                   Counsel for Defendants Yahoo! Inc.
                                   And Overture Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2009, I electronically filed the preceding NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

| Gregory A. Stayart<br>72wk96@elknet.net | John F. Hovel<br>jfh@kravitlaw.com |
|---|---|
| | Melissa S. Blair<br>msb@kravitlaw.com |
| | Stephen E. Kravit<br>kravit@kravitlaw.com |

/s/ David Tonisson