IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| BEVERLY STAYART, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-C-0116 |
| YAHOO! INC., a Delaware corporation; | ) |
| OVERTURE SERVICES, INC., d/b/a ALTA VISTA, a Delaware corporation; and | ) |
| VARIOUS, INC., d/b/a FRIENDFINDER.COM, a California Corporation, | ) |
| Defendants. | ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for defendants Yahoo! Inc. and Overture Services, Inc. furnishes the following list in compliance with General L.R. 83.9:

(a)(1) The full name of every party or amicus the attorney represents in a case.

- **Yahoo! Inc.**
- **Overture Services, Inc. (no longer a separate entity, merged into Yahoo! Inc.)**

(a)(2) If such party or amicus is a corporation:

(i) Its parent corporation, if any; and

- **NONE**

(ii) A list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus.

- **Capital Research Global Investors**

(a)(3) The names of all law firms whose partners or associates appear for a party or are expected to appear for the party in this Court.

- **Sonnenschein Nath & Rosenthal LLP**

Dated: April 6, 2009

                                        SONNENSCHEIN NATH & ROSENTHAL LLP

                                        ____/s/ David Tonisson_____
                                        Christian S. Genetski
                                        David Tonisson
                                        Counsel for Defendant Yahoo! Inc. and
                                        Overture Services, Inc.

Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404
Telephone: 312.876.8000
Facsimile: 312.876.7934
cgenetski@sonnenschein.com
dtonisson@sonnenschein.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2009, I electronically filed the preceding CERTIFICATE OF INTEREST with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

| **Gregory A. Stayart** 72wk96@elknet.net | **John F. Hovel** jfh@kravitlaw.com |
|---|---|
| | **Melissa S. Blair** msb@kravitlaw.com |
| | **Stephen E. Kravit** kravit@kravitlaw.com |

           /s/ David Tonisson