# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

_____

| | |
|---|---|
| BEVERLY STAYART, | ) |
| Plaintiff, | ) |
| | ) Case No. 09-C-0116 |
| v. | ) |
| YAHOO! INC., a Delaware corporation; | ) |
| OVERTURE SERVICES, INC., d/b/a ALTA VISTA, a Delaware corporation; and | ) |
| VARIOUS, INC., d/b/a FRIENDFINDER.COM, a California Corporation, | ) |
| Defendants. | ) |

_____

**DEFENDANT YAHOO! INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, TO DISMISS COUNTS I-VI OF PLAINTIFF'S COMPLAINT**
_____

Defendant Yahoo! Inc., by its undersigned counsel, respectfully moves this Court to grant Yahoo! judgment on the pleadings on Counts I-VI of Plaintiff Beverly Stayart's complaint, pursuant to Fed. R. Civ. P. 12(c), or alternatively, to dismiss with prejudice Counts I-VI of said complaint, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief may be granted. In support of this motion, Yahoo! submits the accompanying memorandum of law.

Dated: April 6, 2009

                                  Respectfully submitted,

                                  _____/s/ Christian S. Genetski_____
                                  Christian S. Genetski
                                  Sonnenschein Nath & Rosenthal LLP
                                  1301 K Street NW, Suite 600 East Tower
                                  Washington, DC  20005
                                  Telephone: (202) 408-6400
                                  Facsimile: (202) 408-6399
                                  cgenetski@sonnenschein.com
                                  Counsel for Defendants Yahoo! Inc.
                                  And Overture Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2009, I electronically filed the preceding DEFENDANT YAHOO! INC.'s MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, TO DISMISS COUNTS I-VI OF PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

| **Gregory A. Stayart**<br>72wk96@elknet.net | **John F. Hovel**<br>jfh@kravitlaw.com |
|---|---|
| | **Melissa S. Blair**<br>msb@kravitlaw.com |
| | **Stephen E. Kravit**<br>kravit@kravitlaw.com |

/s/ David Tonisson