UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

BEVERLY STAYART,                          )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )        Case No. 09-C-0116
                                          )
YAHOO!, INC., OVERTURE SERVICES,          )
INC., d/b/a ALTA VISTA and VARIOUS,       )
INC., d/b/a FRIENDFINDER.COM,             )
                                          )
                    Defendants.           )

NOTICE OF APPEAL

        Notice is hereby given that Beverly Stayart, plaintiff in the above-named case, hereby

appeals to the United States Court of Appeals for the Seventh Circuit from the decision and order

dismissing her claims entered in this action on the 31st day of August, 2009.

                                    /s/ Gregory A. Stayart

                                    N5577 Cobblestone Road
                                    Elkhorn, Wisconsin  53121-3820
                                    (262) 745-7395
                                    Attorney for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 24, 2009, I electronically filed with the clerk

of the Court the accompanying plaintiff Beverly Stayart's Notice of Appeal using the ECF

System which will send notification of such filing to registered counsel:

John F. Hovel
jfh@kravit.com

David Tonisson
dtonnison@sonnenschein.com


/s/ Gregory A. Stayart